*Plaintiff continues to file documents in this closed case. The Clerk of Court is directed to return without filing any future submission under this docket number.*

*So Ordered: /S/*
*11/30/09  Lois Bloom*
*U.S. Magistrate*

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.
★ NOV 18 2009 ★
BROOKLYN OFFICE

NOV 11 2009

TO: DR. DAVID PURO (PSYCHOLOGIST)
FROM: MR. DANIEL SCHWEIT
SUBJECT: LETTER OF COMPLAINT
         (DEMAND JUSTIC)
FEDERAL COURT DOCKET # 04 CV 5462 (FB)(LB)

  PLEASE NOTE THAT I WAS UNJUSTLY WRONGLY ILLEGALY TERMINATED FROM MY POSITION AS A SPEICAL OFFICER IN CONEIY ISLAND HOSPITAL IN RETALATION FOR SUBMITTING A E.E.O.C COMPLAINT AGAINST THE ASSISTANT DIRECTOR OF SECURITY. THE DIRECTOR OF SECURITY HAD IN FACT CALLED ME IN HIS OFFICE AND TOLD ME POINT BLANK TO DROP THE COMPLAINT AGAINST THE ASSISTANT DIRECTOR IN ORDER TO KEEP MY JOB. I RECEIVED NO JUSTIC FROM THE FEDERAL COURT. I AM VERY DEPRESED OVER THE UNJUST TREATMENT I HAD RECEIVED FROM MY EMPLOYER AND THE FEDERAL COURT AND BEING ABANDONED BY YOU. I HOLD ALL OF YOU RESPONSIBLE FOR MY MENTAL STATE OF HEALTH.

                    SIGNED
CC: NYCHHC        *(UNJUSTLY FIRED)*
    FEDERAL COURT

DR. DAVID PURO
2316 AVE U
BKLYN NY 11229

